People v Howell (2025 NY Slip Op 07109)





People v Howell


2025 NY Slip Op 07109


Decided on December 18, 2025


Appellate Division, First Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided and Entered: December 18, 2025

Before: Webber, J.P., Gesmer, González, Pitt-Burke, Higgitt, JJ. 


Ind. No. 1506/19|Appeal No. 5408|Case No. 2022-00995|

[*1]The People of the State of New York, Respondent,
vMitchell Howell, Defendant-Appellant.


Twyla Carter, The Legal Aid Society, New York (Graham Ball of counsel), for appellant.



Judgment, Supreme Court, Bronx County (James A. McCarty, J.), rendered February 24, 2022, as amended July 29, 2022, convicting defendant, upon his plea of guilty, of attempted assault in the second degree, and sentencing him, as a second felony offender, to a term of 1½ to 3 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see People v Crenshaw, 226 AD3d 519 [1st Dept 2024], lv denied 41 NY3d 1017 [2024]). We note that the People do not oppose this relief. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 18, 2025









